IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
11 DEC -7 PM 1:14

| UNITED STATES OF AMERICA | : | CASE NO. 3:11-mj-321 |
| --- | --- | --- |
| v. | : | ORDER SEALING SUPPORTING AFFIDAVIT TO CRIMINAL |
| MYRON ELVIS MOON | : | COMPLAINT |

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Supporting Affidavit to Criminal Complaint be sealed and kept from public inspection until further Order of this Court.

_____
MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

CARTER M. STEWART
UNITED STATES ATTORNEY

s/Brent G. Tabacchi
BRENT G. TABACCHI (IL 6276029)
Assistant United States Attorney
Attorney for Plaintiff
Federal Building
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Brent.Tabacchi @usdoj.gov